# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Nora B. | 2. Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Suite 5260, US Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Highmark Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 10/03/2014 to 10/03/2014 | Farmington, PA | Activity of professional assoc or civic organization | travel & meal |
| 2. | Relativity Fest | 10/13/2014 to 10/14/2014 | Chicago, IL | Non-FJC educational seminar or program | travel, room, & meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. - American Europacific Growth | B | Dividend | L | T | | | | | |
| 5. - Dodge & Cox Stock | A | Dividend | L | T | | | | | |
| 6. - Federated Kaufman Small Cap Fund CL A | | None | L | T | Sold (part) | 03/07/14 | J | | |
| 7. - FPA New Income | B | Dividend | L | T | Sold (part) | 03/07/14 | K | | |
| 8. - Prime Fund Cap Reserves | A | Interest | K | T | | | | | |
| 9. - Champlain Small Company Fund Adv Cl | | None | L | T | | | | | |
| 10. - Eaton Vance Large-Cap Value Cl A | A | Dividend | | | Sold (part) | 03/07/14 | J | | |
| 11. | | | | | Sold | 07/31/14 | L | | |
| 12. - SouthernSun Small-cap N/C | | None | L | T | Sold (part) | 03/07/14 | J | | |
| 13. -T Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 14. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 15. - Virtus Foreign Opportunities Cl A | A | Dividend | L | T | Sold (part) | 03/07/14 | J | | |
| 16. - Eaton Vance Floating Rate Advantage Adv | C | Dividend | M | T | | | | | |
| 17. - Loomis Sayles Bond Retail Shares | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 19. - PIMCO Real Return Class A | C | Dividend | L | T | Buy (add'l) | 03/07/14 | J | | |
| 20. - Vanguard Short Term Invmt Grade Investor | B | Dividend | M | T | Buy (add'l) | 03/07/14 | J | | |
| 21. - Vanguard Short Term Federal | A | Dividend | M | T | Buy (add'l) | 03/07/14 | J | | |
| 22. - Templeton Global Bond Class A | C | Dividend | K | T | | | | | |
| 23. - PIMCO Foreign Bond Unhedged | B | Dividend | K | T | | | | | |
| 24. - FPA Crescent Instl | A | Dividend | M | T | | | | | |
| 25. - Columbia Dividend Opportunity | C | Dividend | M | T | | | | | |
| 26. - Fidelity Advisors New Insights | | None | L | T | Sold (part) | 03/07/14 | J | | |
| 27. - Metropolitan West Total Ret - I sh | B | Dividend | L | T | Buy (add'l) | 03/07/14 | J | | |
| 28. - MFS Growth I LG | | None | | | Sold (part) | 03/07/14 | J | | |
| 29. - RMVD Royce Intl Smaller - Co S | | None | | | Sold | 05/12/14 | L | | |
| 30. - Thornburg Strategic Inc I | C | Dividend | L | T | | | | | |
| 31. - Westcore International Small Cap RE | A | Dividend | L | T | | | | | |
| 32. - Osterweis Strategic Income | C | Dividend | L | T | Buy | 03/07/14 | L | | |
| 33. - Diamond Hill Large Cap I | A | Dividend | L | T | Buy | 07/31/14 | L | | |
| 34. - Royce Global Value Inv | B | Dividend | L | T | Buy | 05/12/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Qualified Plan #4 | | | | | | | | | |
| 37. - TIAA Traditional | C | Interest | L | T | Distributed (part) | 03/10/14 | K | | |
| 38. - CREF Global Equities | | None | | | Distributed | 03/10/14 | J | | |
| 39. - CREF Money Market | | None | | | Distributed | 03/10/14 | J | | |
| 40. | | | | | | | | | |
| 41. Qualified Plan #5 | | | | | | | | | |
| 42. - Federated US Govt Sec | A | Dividend | L | T | Buy (add'l) | 03/12/14 | J | | |
| 43. - PIMCO Low Duration | C | Dividend | L | T | Buy (add'l) | 03/12/14 | J | | |
| 44. - PIMCO Total Return Cl A | C | Dividend | M | T | | | | | |
| 45. - PIMCO Foreign Bond | D | Dividend | M | T | Buy (add'l) | 03/12/14 | J | | |
| 46. - American Capital World Bond | A | Dividend | | | Buy (add'l) | 03/12/14 | J | | |
| 47. | | | | | Sold | 04/03/14 | L | | |
| 48. - Artisan International | A | Dividend | L | T | | | | | |
| 49. - MFS International New Disc Cl A | A | Dividend | K | T | | | | | |
| 50. - Fidelity, Prime Fund | A | Dividend | J | T | | | | | |
| 51. - Phoenix Real Estate Value | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Third Avenue Real Estate Value | A | Dividend | K | T | | | | | |
| 53.  - Prime Cap Odyssey Growth Fund | A | Dividend | M | T | Sold (part) | 03/12/14 | J | | |
| 54.  - T Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 55.  - Vanguard GNMA | C | Dividend | M | T | | | | | |
| 56.  - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 57.  - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 58.  - IVA Worldwide Fund Cl A | B | Dividend | L | T | | | | | |
| 59.  - Allianz NFJ Dividend Value Instl | B | Dividend | M | T | | | | | |
| 60.  - Delaware Diversified Income A | C | Dividend | L | T | Buy (add'l) | 03/12/14 | J | | |
| 61.  -Cullen High Dividend Equity I L | C | Dividend | M | T | | | | | |
| 62.  - Allianz NFJ Intl Value I LV | B | Dividend | L | T | | | | | |
| 63.  - Oakmark International Small Cap | A | Dividend | K | T | | | | | |
| 64.  - Federated Total Return Bond - I | B | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 65.  - Sentinel Govt Securties I | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 66.  - Federated Strategic Income Fd I | C | Dividend | L | T | Buy (add'l) | 03/12/14 | J | | |
| 67.  - IVY Mid Cap Growth - I | | None | L | T | | | | | |
| 68.  - Royce Opportunity Inv | | None | L | T | Sold (part) | 03/12/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Scout Mid Cap DMC MB | A | Dividend | L | T | Sold (part) | 03/12/14 | J | | |
| 70. - Legg Mason BW Global Opportunites Bd I | C | Dividend | L | T | Buy | 04/09/14 | L | | |
| 71. | | | | | | | | | |
| 72. Qualified Plan #7 | | | | | | | | | |
| 73. - PIMCO Total Return Fund (Admin) | | None | | | Sold | 10/01/14 | M | | |
| 74. - Small Cap U.S. Equity Index NL Fd (frmly BGI Sm Cap Dom) | | None | M | T | | | | | |
| 75. - Marsico Focused Growth Portfolio | | None | M | T | | | | | |
| 76. - MFS Inst International Equity Fund | | None | M | T | | | | | |
| 77. - Wells Fargo Advan Core Bond R6 | | None | M | T | Buy | 10/01/14 | M | | |
| 78. | | | | | | | | | |
| 79. Qualified Plan #8 | | | | | | | | | |
| 80. - BR Mid Cap US Eq Inx NL (fmrly BGI MidCap Dom Eq Inx) | C | Dividend | M | T | | | | | |
| 81. - Dodge & Cox Stock | C | Dividend | N | T | | | | | |
| 82. - PIMCO Real Return (Institutional Class) | | None | | | Sold | 06/30/14 | N | | |
| 83. - Harbor High-Yield Bond - Intstl Class | C | Dividend | M | T | | | | | |
| 84. - Capital Guardian Emergin Markets Equity | C | Dividend | L | T | | | | | |
| 85. - GMO International Intrinsic Value - Class III | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - BlackRock U.S. Treasury Inflation Protected Securities NL | C | Dividend | N | T | Buy | 06/30/14 | N | | |
| 87. | | | | | | | | | |
| 88.  Qualified Plan #9 | | | | | | | | | |
| 89.  - Vanguard Short Term Bond Index Inst Plus | | None | M | T | | | | | |
| 90. | | | | | | | | | |
| 91.  Brokerage Account #1 | | | | | | | | | |
| 92.  - American Funds, Fundamental Investors | A | Dividend | | | Closed | 07/14/14 | K | | |
| 93.  - Royce Pennsyl Mutual Invst | | None | | | Closed | 07/14/14 | K | | |
| 94.  - T Rowe Price Intl Disc | | None | | | Closed | 07/14/14 | J | | |
| 95.  - T Rowe Price Real est Fund | A | Dividend | | | Buy (add'l) | 04/09/14 | J | | |
| 96. | | | | | Closed | 07/14/14 | J | | |
| 97.  - Thornburg Inv Income Builder | B | Dividend | | | Buy (add'l) | 04/09/14 | J | | |
| 98. | | | | | Closed | 07/14/14 | L | | |
| 99.  - Thornburg Ltd Term US Govt | A | Dividend | | | Closed | 07/14/14 | K | | |
| 100.  - Tweedy Browne Global Value | | None | | | Buy (add'l) | 04/09/14 | J | | |
| 101. | | | | | Closed | 07/14/14 | K | | |
| 102.  - William Blair Int'l Growth Class | | None | | | Buy (add'l) | 04/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Closed | 07/14/14 | K | | |
| 104. - PIMCO Foreign Inst SHS | A | Dividend | | | Sold | 04/09/14 | K | | |
| 105. - Thornburg Ltd Term Income | A | Dividend | | | Closed | 07/14/14 | K | | |
| 106. - Prime Fund Capital Reserves | A | Dividend | | | Closed | 07/14/14 | J | | |
| 107. - Franklin Federal Intr Term Tax Free A | B | Interest | | | Closed | 07/14/14 | M | | |
| 108. - IVA International - I | | None | | | Closed | 07/14/14 | J | | |
| 109. -BBH Core Select Fund Cl N | | None | | | Buy (add'l) | 04/09/14 | J | | |
| 110. | | | | | Closed | 07/14/14 | K | | |
| 111. -Columbia Acorn Class Z | A | Dividend | | | Merged (with line 118) | 03/01/14 | K | | |
| 112. - Virtus Multi-Sector S/T Bond I | A | Dividend | | | Buy | 04/15/14 | K | | |
| 113. | | | | | Closed | 07/14/14 | K | | |
| 114. - Vanguard Interm-Term Tax-Ex | A | Dividend | | | Buy | 04/15/14 | K | | |
| 115. | | | | | Closed | 07/14/14 | K | | |
| 116. - Templeton Global Total Return Adv | A | Dividend | | | Buy | 04/09/14 | L | | |
| 117. | | | | | Closed | 07/14/14 | L | | |
| 118. - Columbia Acorn Class A | | None | | | Buy | 03/01/14 | K | | |
| 119. | | | | | Buy (add'l) | 04/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Closed | 07/14/14 | K | | |
| 121. | | | | | | | | | |
| 122. Mass Mutual Life Insurance Policy | | None | L | T | | | | | |
| 123. Mass Mutual Life Insurance Policy | | None | L | T | | | | | |
| 124. | | | | | | | | | |
| 125. HSA #1 | | | | | | | | | |
| 126. - Bank of America, Cash account | A | Interest | K | T | | | | | |
| 127. | | | | | | | | | |
| 128. Trust #1 | | | | | | | | | |
| 129. - American Fundamental Investors | C | Dividend | K | T | Open | 07/14/14 | K | | |
| 130. - Royce Pennsyl Mutual Investment | C | Dividend | K | T | Open | 07/14/14 | K | | |
| 131. - T Rowe Price Intl Discovery Fund | A | Dividend | J | T | Open | 07/14/14 | J | | |
| 132. - T Rowe Price Real Est Fund | A | Dividend | J | T | Open | 07/14/14 | J | | |
| 133. - Thornburg Inv Income Builder | B | Dividend | L | T | Open | 07/14/14 | L | | |
| 134. - Thornburg Ltd Term US Govt | A | Dividend | K | T | Open | 07/14/14 | K | | |
| 135. - Tweedy Browne Global Value | B | Dividend | K | T | Open | 07/14/14 | K | | |
| 136. - William Blair Int'l Growth Class | A | Dividend | K | T | Open | 07/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Thornburg Ltd Term Income | A | Dividend | K | T | Open | 07/14/14 | K | | |
| 138. - Prime Fund Capital Reserves | A | Dividend | K | T | Open | 07/14/14 | J | | |
| 139. - Franklin Federal Intr Term Tax Free A | B | Interest | M | T | Open | 07/14/14 | M | | |
| 140. - IVA International - I | | None | | | Open | 07/14/14 | J | | |
| 141. | | | | | Sold | 07/31/14 | J | A | |
| 142. - BBH Core Select Fund Cl N | A | Dividend | K | T | Open | 07/14/14 | K | | |
| 143. - Virtus Multi-Sector S/T Bond I | A | Dividend | K | T | Open | 07/14/14 | K | | |
| 144. - Vanguard Interm-Term Tax-Ex | A | Dividend | K | T | Open | 07/14/14 | K | | |
| 145. - Templeton Global Total Return Adv | C | Dividend | L | T | Open | 07/14/14 | L | | |
| 146. - Columbia Acorn Class A | C | Dividend | K | T | Open | 07/14/14 | K | | |
| 147. - Pear Tree Polaris Foreign Value Sm Cap Instl | A | Dividend | J | T | Buy | 07/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

All holding from Joint Account #1 as of 7/14/14 were transferred to Trust #1. Joint Account #1 was closed in its entirety and replaced with Trust #1.

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544